# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131132

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

ROBERT ANTHONY McNEIL,
     Defendant-Appellee.

SC: 131132
COA: 266815
Wayne CC: 03-008756-01

_____/

     On order of the Court, the application for leave to appeal the April 19, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

_____
Clerk

d0907